# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: SEARCH WARRANT | ) DOCKET NO.: 3:14-mj-236-DSC )  )  ) **ORDER TO UNSEAL CASE** ) |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an order directing that the above-captioned case be unsealed to permit Government to comply with its discovery obligations; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the above-captioned case be unsealed to permit Government to comply with its Discovery obligations.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

**SO ORDERED**.

Signed: June 3, 2015

David S. Cayer
United States Magistrate Judge